391 A.2d 697

Commonwealth v. Sherman Ross, Appellant.

Submitted September 29, 1977. John P. Donohue and George B. Ditter, Assistant Public Defenders, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., would reverse the conviction for theft, but would not remand for resentencing. *Commonwealth v. Davenport,* 255 Pa.Super. 131, 386 A.2d 543 (1978).

WATKINS, former P. J., did not participate in the consideration or decision of this case.